

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER TO REINSTATE

Appellate case name:        James L. Menefee v. The State of Texas

Appellate case number:     01-09-00090-CR; 01-09-00091-CR

Trial court case number:    1153928; 1153929

Trial court:                       183rd District Court of Harris County

These cases were abated and remanded to the trial court on July 20, 2012. In the order of abatement, we ordered the trial court to appoint appellate counsel to represent appellant. The trial court held a hearing on our order of abatement on August 20, 2012, and the court reporter has filed a record of the hearing. The reporter's record shows that the trial court appointed Thomas Lewis to represent appellant. Accordingly, we REINSTATE these cases on the Court's active docket.

Appellant's brief is ORDERED to be filed no later than September 19, 2012. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Justice Jim Sharp, Jr.
                ☑ Acting individually      ☐ Acting for the Court

Date: August 22, 2012